IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOSE ORTIZ-HUERTAS<br>**2) JOSE CIAREZ-ROMERO**<br>Defendants | CRIMINAL 12-0902CCC |

**ORDER**

    Having considered the Report and Recommendation filed on April 30, 2013 (**docket entry 39**) on a Rule 11 proceeding of defendant José Ciárez-Romero (2) held before U.S. Magistrate Judge Marcos E. López on April 30, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

    This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 30, 2013.  The **sentencing hearing is set for August 1, 2013 at 4:30 PM**.

    SO ORDERED.

    At San Juan, Puerto Rico, on May 28, 2013.

                                            S/CARMEN CONSUELO CEREZO
                                            United States District Judge